IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| BERNICE EDWARDS DARTY | § | |
| v. | § | CIVIL ACTION NO. 2:11cv51 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

    The Report and Recommendation of the Magistrate Judge, which contains his findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that action be dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

    In light of the foregoing, it is

    **ORDERED** that the action is hereby **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(b). It is further

    **ORDERED** that any motion not previously ruled on is **DENIED**.

    SIGNED this 12th day of September, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE